Louis J. Johnson Jr. ID#209332017
50 Harrison Street, PH-458
Hoboken, New Jersey 07030
Tel: (201) 552-6858 / Fax: (201) 552-6857
*Attorney for Plaintiff Michael Drury*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL DRURY,<br><br>    Plaintiff,<br><br>        vs.<br><br>AMSHER COLLECTION SERVICES, INC.; ABC CORPS I-X,<br><br>    Defendants. | Case No. 2:17-cv-13440-WJM-MF<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)1 |

Plaintiff Michael Drury hereby gives notice of its voluntary dismissal with prejudice of all Defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. No Defendant has filed an Answer or Motion for Summary Judgment as of this time.

                                        Respectfully submitted,

                                        **THE LAW OFFICE OF**
                                        **LOUIS J. JOHNSON JR., L.L.C.**
                                        *Attorney for Plaintiff*
                                        *Michael Drury*

Dated: January 15, 2018                 */s/ Louis J. Johnson Jr.*
                                        Louis J. Johnson Jr.
                                        ljohnson@louisjohnsonlaw.com
                                        50 Harrison Street, PH-458
                                        Hoboken, New Jersey 07030
                                        Tel: (201) 552-6858
                                        Fax: (201) 552-6857